In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00262-CR**
_____

**WILLIAM SIDNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 10-04-04064 CR**

**ORDER**

Appellant's appointed counsel filed a motion to withdraw and a brief which urges this Court to review this appeal pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). *See In re Schulman*, 252 S.W.3d 403, 408-09 (Tex. Crim. App. 2008). Counsel certified service of the motion to withdraw and the brief on the appellant. Counsel states he provided appellant with a copy of the clerk's record and the reporter's record, notified appellant of his right

1

to review the record and file a *pro se* brief, and advised appellant of his right to seek discretionary review.

It is, therefore, ORDERED that appellant, William Sidner, be given 60 days from the date hereof to file a *pro se* brief. It is, further, ORDERED that the State may file a reply brief, due 30 days from the date appellant files his brief, or if no brief is filed by appellant, 70 days from the date hereof.

ORDER ENTERED March 21, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.